■ LILLIAN WOOD, Appellant, v NATIONAL URBAN LEAGUE, INC., et al., Respondents.—Order, Supreme Court, New York County (Myriam Altman, J.), entered on or about January 12, 1989, unanimously affirmed for the reasons stated by Myriam Altman, J., without costs and without disbursements. Concur —Kupferman, J. P., Ross, Kassal and Rubin, JJ.